IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLANREWAJU ODEDEYI | : | CIVIL ACTION |
| v. | : | No. 23-3550 |
| AMERICAN AIRLINES | : | |

# ORDER

AND NOW, this 13th day of December, 2023, upon consideration of Defendant American Airlines' Motion to Dismiss Count II of Plaintiff's First Amended Complaint for Failure to State a Claim (Document No. 11), and Plaintiff Olanrewaju Odedeyi's Motion for Leave to File a Second Amended Complaint (Document No. 13), it is hereby ORDERED the Motion to Dismiss is GRANTED, the Motion for Leave to Amend is DENIED, and Count II of Plaintiff's First Amended Complaint is DISMISSED with PREJUDICE for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,    C.J.